UNITED STATES of America, Plaintiff–Appellee,

v.

Robert Seaman DRABECK, Jr., Defendant–Appellant.

No. 89–30237.

United States Court of Appeals, Ninth Circuit.

Sept. 26, 1991.

Before HALL, THOMPSON, and LEAVY, Circuit Judges.

## ORDER

The opinion filed in this case on June 14, 1990, and reported at 905 F.2d 1304 (9th Cir.1990) is redesignated as a memorandum disposition.